FILED
NOVEMBER 28, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**07 C 6675**

| | |
|---|---|
| DONNIE CREAL, | ) |
| | ) Case No. |
| Plaintiff, | ) |
| | ) Judge |
| v. | ) |
| | ) Magistrate Judge |
| P.O. BRIAN NAGRA #300 and P.O. CHOCHOLA #152, individually, | ) |
| | ) Jury Demand |
| | ) |
| Defendants. | ) |

**JUDGE SHADUR**
**MAGISTRATE JUDGE VALDEZ**

## COMPLAINT

NOW COMES the Plaintiffs, DONNIE CREAL, by and through his attorneys, GREGORY E. KULIS AND ASSOCIATES, complaining against the Defendants, P.O. BRIAN NAGRA #300 and P.O. CHOCHOLA #152, individually as follows.

### COUNT I-EXCESSIVE FORCE

1) This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiffs, and accomplished by acts and/or omissions of the Defendants committed under color of law.

2) Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental Jurisdiction of the State of Illinois.

3) The Plaintiff, DONNIE CREAL, at all relevant times was a United States citizen and a resident of the State of Illinois.

4) The Defendants, P.O. BRIAN NAGRA and P.O. CHOCHOLA, were at all

1

relevant time duly appointed police officers of the City of Joliet acting within their scope of employment and under color of law.

5) On or about December 25, 2005, the Plaintiff, DONNIE CREAL, was in the vicinity of 1007 Gael, Joliet, when the defendants came due to a domestic disturbance.

6) The Plaintiff questioned the police for the way they were acting.

7) The Plaintiff was not committing any crime or breaking any laws.

8) The Defendants without just cause or provocation physically attacked the Plaintiff and pepper sprayed him.

9) The Defendants attacked the Plaintiff DONNIE CREAL and then placed him under arrest.

10) The Plaintiff DONNIE CREAL was injured.

11) Said use of force was unprovoked, excessive and unreasonable.

12) Said actions of the Defendants were intentional, willful and wanton.

13) Said actions of the Defendants violated Plaintiff DONNIE CREAL's Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights as protected by 42 U.S.C. §1983.

14) As a direct and proximate consequence of said conduct of the Defendants, P.O. BRIAN NAGRA and P.O. CHOCHOLA, the Plaintiff, DONNIE CREAL, suffered violations of his constitutional rights, emotional anxiety, fear, pain and suffering and monetary loss and expense.

WHEREFORE, the Plaintiff, DONNIE CREAL, prays for judgment against the Defendants, P.O. BRIAN NAGRA and P.O. CHOCHOLA, jointly and severally, in an

amount in excess of TWENTY THOUSAND AND 00/100 ($20,000.00) DOLLARS in compensatory damages and TEN THOUSAND AND 00/100 ($10,000.00) DOLLARS in punitive damages, plus attorneys' fees and costs.

## COUNT II-FALSE ARREST

1-10)   The Plaintiff, DONNIE CREAL, hereby realleges and incorporates his allegations of paragraphs 1-10 of Count I as his respective allegations of paragraphs 1-10 of Count II as though fully set forth herein.

11)   Plaintiff DONNIE CREAL was charged with numerous charges.

12)   The charges were false.

13)   The Defendants did not have probable cause to arrest Plaintiff DONNIE CREAL.

14)   Said actions of the Defendants were intentional, willful and wanton.

15)   Said actions of the Defendants violated Plaintiff DONNIE CREAL's Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights as protected by 42 U.S.C. §1983.

16)   As a direct and proximate consequence of said conduct of the Defendants, P.O. BRIAN NAGRA and P.O. CHOCHOLA, the Plaintiff, DONNIE CREAL, suffered violations of his constitutional rights, emotional anxiety, fear, pain and suffering and monetary loss and expense.

WHEREFORE, the Plaintiff, DONNIE CREAL, prays for judgment against the Defendants, P.O. BRIAN NAGRA and P.O. CHOCHOLA, jointly and severally, in an amount in excess of TWENTY FIVE THOUSAND AND 00/100 ($25,000.00)

DOLLARS in compensatory damages and TEN THOUSAND AND 00/100 $10,000.00) DOLLARS in punitive damages, plus attorneys' fees and costs.

### COUNT III-MALICIOUS PROSECUTION

1-12)  The Plaintiff hereby realizes and incorporates his allegations of paragraphs 3-14 of Count II as his respective allegations of paragraphs 1-10 of Count III.

13)  The defendants proceeded with the charges knowing they were false.

14)  The charges were resolved in favor on the plaintiff.

15)  As a result of the actions of the defendants the plaintiff suffered emotional distress, fear, anxiety and monetary expense.

WHEREFORE, the Plaintiff, DONNIE CREAL, prays for judgment against the Defendants, P.O. BRIAN NAGRA and P.O. CHOCHOLA, jointly and severally, in an amount in excess of TWENTY FIVE THOUSAND AND 00/100 ($25,000.00) DOLLARS in compensatory damages and TEN THOUSAND AND 00/100 $10,000.00) DOLLARS in punitive damages, plus attorneys' fees and costs.

### JURY DEMAND

The Plaintiff, DONNIE CREAL, request a trial by jury.

Respectfully submitted,

/s/ Gregory E. Kulis
Gregory E. Kulis and Associates

GREGORY E. KULIS AND ASSOCIATES
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312)580-1830

4