IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONNIE CREAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 07 C 6675 |
| ) | |
| P.O. BRIAN NAGRA #300 and ) | Judge Shadur |
| P.O. CHOCHOLA #152, individually, ) | Magistrate Judge Valdez |
| ) | |
| Defendants. ) | |

### NOTICE OF FILING

**TO:** Mr. Gregory E. Kulis**,** vsmith@kulislawltd.com
Mr. David Steven Lipschultz**,** dlipschultz@kulislawltd.com
Mr. Shehnaz I. Mansuri**,** smansuri@kulislawltd.com
Mr. Ronak D. Patel, rpatel@kulislawltd.com
Ms. Kathleen Coyne Ropka**,** kropka@kulislawltd.com

**PLEASE TAKE NOTICE** that on the 11th day of January, 2008, I have caused to be filed with the Clerk of the U.S. District Court, United States Court House, 219 South Dearborn Street, Chicago, Illinois  60604, an Appearance, a copy of which is attached hereto and served upon you.

*Respectfully submitted,*

Kimberly A. Fladhammer          By:     /s/ Kimberly A. Fladhammer
Assistant Corporation Counsel                *One of their attorneys*
City of Joliet
150 West Jefferson Street
Joliet, Illinois 60432
(815) 724-3800
Fax: (815) 724-3801
Reg. No. 06211232

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Notice of Filing and Appearance were served upon the above named by electronic filing on the 11th day of January, 2008.

        /s/ Kimberly A. Fladhammer

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DONNIE CREAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07 C 6675 |
| | ) | |
| P.O. BRIAN NAGRA #300 and | ) | Judge Shadur |
| P.O. CHOCHOLA #152, individually, | ) | Magistrate Judge Valdez |
| | ) | |
| Defendants. | ) | |

### ***APPEARANCE***

Appearance is hereby filed by the undersigned as attorney for defendants, POLICE OFFICER BRIAN NAGRA and POLICE OFFICER AMY CHOCHOLA.

| | |
|---|---|
| NAME<br>KIMBERLY A. FLADHAMMER | |
| SIGNATURE<br>/S/ KIMBERLY A. FLADHAMMER | |
| FIRM<br>CITY OF JOLIET | |
| STREET ADDRESS<br>150 WEST JEFFERSON STREET | |
| CITY/STATE/ZIP<br>JOLIET, ILLINOIS 60432 | |
| IDENTIFICATION NUMBER<br>06211232 | TELEPHONE NUMBER<br>(815) 724-3800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]   NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]   NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]   NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]   NO [ ] |