IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONNIE CREAL, | ) |
| Plaintiff, | ) ) ) |
| vs. | )  No. 07 C 6675 |
| P.O. BRIAN NAGRA #300 and | )  Judge Shadur |
| P.O. CHOCHOLA #152, individually, | )  Magistrate Judge Valdez |
| Defendants. | ) ) ) |

### NOTICE OF FILING

**TO:**  Mr. Gregory E. Kulis, vsmith@kulislawltd.com
Mr. David Steven Lipschultz, dlipschultz@kulislawltd.com
Mr. Shehnaz I. Mansuri, smansuri@kulislawltd.com
Mr. Ronak D. Patel, rpatel@kulislawltd.com
Ms. Kathleen Coyne Ropka, kropka@kulislawltd.com

**PLEASE TAKE NOTICE** that on the 11th day of January, 2008, I have caused to be filed with the Clerk of the U.S. District Court, United States Court House, 219 South Dearborn Street, Chicago, Illinois 60604, an Appearance, a copy of which is attached hereto and served upon you.

Respectfully submitted,

By:      /s/ Jeffrey S. Plyman
        **One of their attorneys**

Jeffrey S. Plyman
Corporation Counsel
City of Joliet
150 West Jefferson Street
Joliet, Illinois 60432
(815) 724-3800
Fax: (815) 724-3801
Reg. No. 06192898

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Notice of Filing and Appearance were served upon the above named by electronic filing on the 11th day of January, 2008.

      /s/ Jeffrey S. Plyman

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONNIE CREAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 07 C 6675 |
| ) | |
| P.O. BRIAN NAGRA #300 and ) | Judge Shadur |
| P.O. CHOCHOLA #152, individually, ) | Magistrate Judge Valdez |
| ) | |
| Defendants. ) | |

### *APPEARANCE*

Appearance is hereby filed by the undersigned as attorney for defendants, POLICE OFFICER BRIAN NAGRA and POLICE OFFICER AMY CHOCHOLA.

| | |
|---|---|
| NAME<br>JEFFREY S. PLYMAN | |
| SIGNATURE<br>/S/ JEFFREY S. PLYMAN | |
| FIRM<br>CITY OF JOLIET | |
| STREET ADDRESS<br>150 WEST JEFFERSON STREET | |
| CITY/STATE/ZIP<br>JOLIET, ILLINOIS 60432 | |
| IDENTIFICATION NUMBER<br>06192898 | TELEPHONE NUMBER<br>(815) 724-3800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO [X] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO [X] |