**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DONNIE CREAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07 C 6675 |
| | ) | |
| P.O. BRIAN NAGRA #300 and | ) | Judge Shadur |
| P.O. CHOCHOLA #152, individually, | ) | Magistrate Judge Valdez |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

**TO:**  Mr. Gregory E. Kulis**,** vsmith@kulislawltd.com
Mr. David Steven Lipschultz, dlipschultz@kulislawltd.com
Mr. Shehnaz I. Mansuri**,** smansuri@kulislawltd.com
Mr. Ronak D. Patel, rpatel@kulislawltd.com
Ms. Kathleen Coyne Ropka**,** kropka@kulislawltd.com

**PLEASE TAKE NOTICE** that on the 11th day of January, 2008, I have caused to

be filed with the Clerk of the U.S. District Court, United States Court House, 219 South

Dearborn Street, Chicago, Illinois  60604, an Appearance, a copy of which is attached

hereto and served upon you.

**Respectfully submitted,**

Mary J. Kucharz                **By:_____ /s/ Mary J. Kucharz_____**
Assistant Corporation Counsel                **One of their attorneys**
City of Joliet
150 West Jefferson Street
Joliet, Illinois 60432
(815) 724-3800
Fax: (815) 724-3801
Reg. No. 06207207

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Notice of Filing and
Appearance were served upon the above named by electronic filing on the 11th day of
January, 2008.

_____ /s/ Mary J. Kucharz_____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| DONNIE CREAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07 C 6675 |
| | ) | |
| P.O. BRIAN NAGRA #300 and | ) | Judge Shadur |
| P.O. CHOCHOLA #152, individually, | ) | Magistrate Judge Valdez |
| | ) | |
| Defendants. | ) | |

## *APPEARANCE*

Appearance is hereby filed by the undersigned as attorney for defendants,

POLICE OFFICER BRIAN NAGRA and POLICE OFFICER AMY CHOCHOLA.

| | |
|---|---|
| NAME<br>MARY J. KUCHARZ | |
| SIGNATURE<br>/S/ MARY J. KUCHARZ | |
| FIRM<br>CITY OF JOLIET | |
| STREET ADDRESS<br>150 WEST JEFFERSON STREET | |
| CITY/STATE/ZIP<br>JOLIET, ILLINOIS 60432 | |
| IDENTIFICATION NUMBER<br>06207207 | TELEPHONE NUMBER<br>(815) 724-3800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☐     NO ☒ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☐     NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☒     NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES ☐     NO ☒ | |