IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONNIE CREAL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>P.O. BRIAN NAGRA #300 and )<br>P.O. CHOCHOLA #152, individually, )<br>)<br>Defendants. ) | No. 07 C 6675<br><br>Judge Shadur<br>Magistrate Judge Valdez |

### NOTICE OF FILING

**TO:**   Mr. Gregory E. Kulis**,** vsmith@kulislawltd.com
Mr. David Steven Lipschultz**,** dlipschultz@kulislawltd.com
Mr. Shehnaz I. Mansuri**,** smansuri@kulislawltd.com
Mr. Ronak D. Patel, rpatel@kulislawltd.com
Ms. Kathleen Coyne Ropka**,** kropka@kulislawltd.com

**PLEASE TAKE NOTICE** that on the 11th day of January, 2008, I have caused to be filed with the Clerk of the U.S. District Court, United States Court House, 219 South Dearborn Street, Chicago, Illinois  60604, an Appearance, a copy of which is attached hereto and served upon you.

                                                                                     *Respectfully submitted,*

                                                              By:      */s/ Jeffrey S. Plyman*
                                                                        **One of their attorneys**

Jeffrey S. Plyman
Corporation Counsel
City of Joliet
150 West Jefferson Street
Joliet, Illinois 60432
(815) 724-3800
Fax: (815) 724-3801
Reg. No. 06192898

### CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the foregoing Notice of Filing and Appearance were served upon the above named by electronic filing on the 11th day of January, 2008.

                                                                  _____*/s/ Jeffrey S. Plyman*_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DONNIE CREAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07 C 6675 |
| | ) | |
| P.O. BRIAN NAGRA #300 and | ) | Judge Shadur |
| P.O. CHOCHOLA #152, individually, | ) | Magistrate Judge Valdez |
| | ) | |
| Defendants. | ) | |

## *APPEARANCE*

Appearance is hereby filed by the undersigned as attorney for defendants, POLICE OFFICER BRIAN NAGRA and POLICE OFFICER AMY CHOCHOLA.

| | | | | |
|---|---|---|---|---|
| NAME<br>JEFFREY S. PLYMAN | | | | |
| SIGNATURE<br>/S/ JEFFREY S. PLYMAN | | | | |
| FIRM<br>CITY OF JOLIET | | | | |
| STREET ADDRESS<br>150 WEST JEFFERSON STREET | | | | |
| CITY/STATE/ZIP<br>JOLIET, ILLINOIS 60432 | | | | |
| IDENTIFICATION NUMBER<br>06192898 | | TELEPHONE NUMBER<br>(815) 724-3800 | | |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | YES ☐ | | NO [X] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | YES ☐ | | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | YES [X] | | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | YES ☐ | | NO [X] |